■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON WILLIAMS, Appellant. [931 NYS2d 499]—

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). We have no authority to revisit defendant's prison sentence on this appeal, and there is no basis upon which to remand for further sentencing proceedings (*see id.* at 635). Concur—Mazzarelli, J.P., Friedman, Catterson, Renwick and Richter, JJ.